# Exhibit A

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | CASE NUMBER<br>26-00021-G |
|---|---|---|

**Court address**
70 N Saginaw St, Pontiac, 48342

**Court telephone number**
248-758-3880

| Plaintiff's name, address, and telephone number | v | Defendant's name, address, and telephone number |
|---|---|---|
| Mohamed Alasad<br>26034 la salle c.b.<br>Roseville, mi 48066<br>586-272-4297 | | Crosswinds Aviation<br>6544 Highland Rd.<br>waterford Township, mi 48327<br>517-552-1101 |

Plaintiff's attorney bar number, address, and telephone number

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>1-6-26 | Expiration date*<br>4-7-26 | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

# COMPLAINT

AMOUNT IN CONTROVERSY: $25,000

1. Plaintiff enrolled in flight training with Defendant Crosswinds Aviation, LLC.

2. Plaintiff paid $42,719.43 for Private Pilot License training.

3. Plaintiff completed over 120 flight hours.

4. Plaintiff completed all FAA-required training.

5. Defendant delayed Plaintiff for months without progression.

6. Plaintiff was repeatedly billed for unnecessary review lessons.

7. Defendant failed to remediate or manage training efficiently.

8. Plaintiff suffered financial loss and personal hardship.

COUNT I – BREACH OF IMPLIED CONTRACT

Defendant failed to provide reasonable, efficient training.

COUNT II – NEGLIGENCE

Defendant breached the duty of care owed to Plaintiff.

COUNT III – UNFAIR BUSINESS PRACTICES

Defendant engaged in unjust enrichment and excessive billing.

RELIEF REQUESTED:

Plaintiff seeks $25,000 in damages plus costs.

Respectfully submitted,

Mohamed Shamsan Alasad

# EXHIBIT A – SUMMARY OF PAYMENTS

TOTAL AMOUNT PAID

$42,719.43 paid to Crosswinds Aviation.

Account balance as of December 7, 2025: $0.00.

TRAINING PERIOD

Training occurred over approximately two years, from late 2023 through October 2025.

NATURE OF CHARGES

Charges included aircraft rental, certified flight instructor (CFI) time, stage check fees, numerous review lessons, and repeated deposits and surcharges.

FLIGHT TIME VS COST

Plaintiff accumulated over 120 flight hours during Private Pilot training.

Total cost of $42,719.43 significantly exceeds typical Private Pilot training costs of approximately $12,000–$18,000.

KEY OBSERVATION

Despite substantial payment and extended training duration, Plaintiff did not receive a checkride endorsement. Training continued for months with repeated billing and no decisive resolution or remediation plan.

PURPOSE OF SUMMARY

This summary assists the Court in understanding the financial scope of the dispute without reviewing voluminous invoices.

# EXHIBIT LIST

Exhibit A – Summary of Payments

Exhibit B – Training invoices and payment statement

Exhibit C – FAA aeronautical experience completion

Exhibit D – Stage check history and delays

Exhibit E – Review board documentation

Exhibit F – Demand letter and correspondence

RECEIVED FOR FILING
2026 JAN -6 P 2:12

# CROSSWINDS AVIATION

Student Name: Mohamed Alasad  Date: 9-11-25

Instructor: Nolan Maupin  Course: PPL  Stage: 3

Review Board #:  1st  2nd  3rd  4th

**Review Board Reason:** (mark all that apply)
- ☐ Unsat Policy
- ☐ Cancellation Policy
- ☒ Flight Course Progression
- ☐ Other: _____

Comments: Multiple unsats on stage checks.

**Review Board Terms:** (mark all that apply)
- ☐ No Unsats
- ☐ No Cancellations
- ☐ Finish Written/Stage Check/Checkride
- ☐ Training Pause:
  Start Date: _____ End Date: _____
- ☐ Course Expulsion
- ☒ Other: See Assistant Chief Comments

Conditions when returning from training pause (if applicable):
n/a

Flight Instructor Comments:

Flight Instructor Signature: [signed]  Date: 9/11/25

Chief/Assistant Chief Comments: Student will be comprehensively evaluated by the training instructor providing mock stage checks to judge improvement in attitude and commitment to self-study. Training instructor will not be providing instruction, but purely acting as an evaluator. Tasks will be graded appropriately, with unsats as required. Stage 3 will not be conducted until all tasks have received a grade of 3 or above. Student should come in with questions on any topics not fully understood. Instructor will cover these topics, and will reevaluate student on these areas.

Chief/Assistant Chief Signature: [signed]  Date: 9-11-25

I, _____ agree that the information on this document is correct and that I must adhere to the terms/conditions of the flight review listed above. Failure to do so could result in paused training and/or flight course expulsion.

Student Signature: _____  Date: _____

Crosswinds Aviation

Oakland County International Airport (PTK)

Waterford / Pontiac, MI

RE: Formal Demand for Refund Due to Excessive Hours, Delayed Training Progression, Ineffective Instruction, and Unfair Business Practices,

Refund Requested: $25,000

To Whom It May Concern,

I am formally disputing the charges and training practices related to my Private Pilot License training at Crosswinds Aviation. According to your customer account statement, I paid a total of $42,719.43 for my PPL training and accumulated over 120 flight hours. Despite completing all FAA-required flights for the Private Pilot certificate, including solo work, long cross-country flights, night requirements, and required dual instruction, I did not reach checkride readiness due to delays created by the school, not due to lack of performance.

After completing all FAA requirements, I was kept in Stage 3 for nearly seven months. Each time I attempted a stage check, I would wait 2–3 weeks for the next available scheduling slot. These prolonged delays were entirely outside my control and resulted in skill degradation and the need for unnecessary repeat lessons, further increasing my financial burden. These delays reflect scheduling failures and instructional inefficiency, not student performance.

Your internal records consistently show lessons marked as "Review Lesson" with repetitive dual instruction covering the same tasks. This pattern demonstrates a lack of structured progression and ineffective instruction. The Review Board document dated 9-11-25 acknowledges "multiple unsats on stage checks" and "flight course progression" issues, yet no individualized remediation plan was implemented. Instead, instruction continued in the same manner, and I continued to be billed despite having already met FAA requirements.

A student who has completed all FAA training requirements solo flights, cross-countries, night work, and dual instructionis objectively capable of progressing toward the checkride. Keeping such a student in Stage 3 for seven months with repeated scheduling delays and repetitive lessons constitutes:

1. Negligent instruction,

2. Unjust enrichment through excessive and unnecessary billing,

3. Failure to provide competent and efficient training,

4. Breach of the implied contract to deliver reasonable instructional progression, and

5. Unfair and deceptive business practices under Michigan consumer protection standards.

Given the excessive total cost, repeated delays, and unnecessary additional hours resulting from issues under the school's control, I am requesting a refund of $25,000. This represents the portion of my payments attributable to repetitive lessons, extended delays, and ineffective training beyond what a reasonable student would require after completing all FAA-required tasks.

Please provide a written response within 14 calendar days of receiving this letter. If I do not receive a satisfactory resolution within that timeframe, I will proceed with the following actions:

1. Filing a lawsuit in Oakland County Circuit Court to recover damages for breach of implied contract, negligence, and unfair business practices.

2. Submitting formal complaints to:

   • The Detroit FAA FSDO,

   • The Michigan Department of Licensing and Regulatory Affairs (LARA),

   • The Michigan Attorney General's Consumer Protection Division.

I prefer to resolve this matter professionally and without litigation, but I am fully prepared to proceed with these actions if necessary.

Sincerely,

Mohamed Alasad

*RECEIVED FOR FILING 2026 JAN -6 P 2:02*